STATE of Missouri, Plaintiff-Appellant,

v.

John Joseph CLAWSON,
Defendant-Respondent.

No. 49094.

Missouri Court of Appeals,
Eastern District,
Division Six.

Oct. 2, 1984.

A. John DeVouton, Asst. Pros. Atty., St. Charles, for plaintiff-appellant.

Joel B. Eisenstein, St. Charles, for defendant-respondent.

## ORDER

PER CURIAM.

This is an Interlocutory appeal under § 547.200. Defendant was charged in a two count information of violations of § 195.020. The trial court ordered that a major portion of a taped statement made by defendant to a police officer be suppressed. We affirm the order of the trial court pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Thomas M. VANWINKLE, Appellant.

No. WD34609.

Missouri Court of Appeals,
Western District.

Oct. 2, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction for first degree robbery, § 569.020 R.S.Mo.1978, and sentence of thirteen years imprisonment.

Affirmed. Rule 30.25(b).